IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

CHAD W. POMEROY, )
)
Plaintiff, ) TC-MD 150026N
)
v. )
)
JACKSON COUNTY ASSESSOR, )
)
Defendant. ) **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal, entered May 29, 2015. The court did not receive a statement of costs and

disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

On April 21, 2015, the court issued an Order instructing Plaintiff to file a Motion for

Summary Judgment by May 21, 2015, on the issue raised by Plaintiff of whether Defendant

complied with the notice requirements in ORS 311.223(2). The Order stated that Plaintiff's

failure to comply with the deadlines set forth therein would result in dismissal of Plaintiff's

appeal. As of the date of this Decision of Dismissal, Plaintiff has not filed his Motion for

Summary Judgment or any further communication with the court. Under those circumstances,

the court concludes that this matter should be dismissed for lack of prosecution. Now, therefore,

///

///

///

///

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

IT IS FURTHER DECIDED that Plaintiff's request for reimbursement of his filing fees, made in his Complaint, is denied.

Dated this ＿＿ day of June 2015.


＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within 60 days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on June 15, 2015.*